Michael Avramidis, Esq. SBN 277314
Pacific Grove Law Group
207 16th Street, 303 North
Pacific Grove, CA 93950
Tele: 831-204-8223
Email: pglawgroup@gmail.com
Attorney for Cypress Holdings Group, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CYPRESS HOLDINGS GROUP, INC., A Wyoming Corporation,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>Invotek Electronics, Inc., A Canada Corporation,<br>Mara Technologies, Inc., An entity of unknown form, and<br><br>Does 1 through 50 Inclusive,<br>　　　　　　　　Defendants. | Case No.: 4:20-CV-3690<br><br>ORDER GRANTING VOLUNTARY DISMISSAL OF THIS ENTIRE CASE |
|---|---|

　　　TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the attorney for Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismiss this entire case.

　　　Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

DATED: 09/16/2020

Entered September 18, 2020

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers

Pacific Grove Law Group

Michael Avramidis, Esq.
Attorney for Cypress Holdings Group Inc.